1 | Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr. #725
Beverly Hills, CA 90212
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANN FOX, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,** | Case No. 2:14-cv-02635-DMG (ASx) |
| Plaintiff, | **JOINT REQUEST TO DISMISS INDIVIDUAL CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE** |
| vs. | |
| **AUS, INC,,** | |
| Defendant. | |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss Plaintiff's individual claims with prejudice and the putative class claims without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and fees. A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 30th day of July, 2014

By: s/Todd M. Friedman
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

By: s/David S. Eisen
Wilson Elser Moskowitz Edelman & Dicker LLP
Attorney for Defendant

Filed electronically on this 30th day of July, 2014, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

David S. Eisen
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
555 S. Flower Street - Suite 2900
Los Angeles, CA 90071-2407

This 30th day of July, 2014.

s/Todd M. Friedman
Todd M. Friedman