JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN FOX, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>            Plaintiff,<br><br>     vs.<br><br>AUS, INC,<br><br>            Defendant. | Case No. 2:14-cv-02635-DMG (ASx)<br><br>**ORDER RE DISMISSAL OF ACTION [12]** |

IT IS HEREBY ORDERED that pursuant to the parties' Stipulation and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's individual claims are dismissed with prejudice and the putative class claims are dismissed without prejudice. The parties shall bear their own costs and fees.

DATED: July 30, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE